HARTFORD INSURANCE COMPANY OF THE MIDWEST, Appellant, v JAMES S. HALT et al., Respondents. (Appeal No. 1.) [646 NYS2d 487] —Order reversed, on the law, without costs, and cross motion denied in accordance with same opinion by Denman, P. J., as in *Hartford Ins. Co. v Halt* (223 AD2d 204 [decided herewith]). All concur except Callahan, J., who dissents and votes to affirm in the same dissenting opinion as in *Hartford Ins. Co. v Halt* (223 AD2d 204, 215 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Attorney's Fees.) Present—DENMAN, P. J., PINE, CALLAHAN, BALIO and DAVIS, JJ.